FILED

05/01/2023

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 22-0577

# IN THE SUPREME COURT OF THE STATE OF MONTANA
## Supreme Court Case No. DA 22-0577

\* \* \* \*

THE FRIENDS OF LAKE FIVE, INC.,  )
and WARD E. "MICK" TALEFF,  )
                                  )
         Appellee/Petitioners,  )
vs.  )
                                  )      **ORDER GRANTING**
FLATHEAD COUNTY  )   **MOTION TO SUPPLEMENT**
COMMISSION; FLATHEAD  )   **THE RECORD AND EXTEND**
COUNTY, MONTANA;  )   **ANSWER BRIEF DEADLINE**
                                  )
        Appellee/Respondents,  )
        and  )
                                  )
SUSAN DIETZ, Individually and  )
Trustee of G&M TRUST,  )
        Appellant/Respondent.  )
                                  )

Upon unopposed motion from the Appellant, Susan Dietz, the record shall be supplemented with the transcript of the June 15, 2022 hearing on plaintiffs' motion for attorney fees, and Respondents will have 15 days after the filing of the transcript to file their Answer Brief in this appeal.

DATED AND ELECTRONICALLY SIGNED BELOW

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
May 1 2023